IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 JUL 19 PM 4:03

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY T. VAVRA,<br><br>Defendant. | 8:22CR171<br><br>INDICTMENT<br><br>18 U.S.C. § 2422(b) |

SEALED

The Grand Jury charges that

## COUNT I

Beginning on or about May 16, 2022, through on or about July 16, 2022, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, WESLEY T. VAVRA, did use any facility of interstate and foreign commerce, to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2422(b).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE, #21669
Assistant U.S. Attorney

1