IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR171 |
| vs. | ORDER |
| WESLEY T. VAVRA, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Michael J. Hansen to withdraw as counsel for the defendant, Wesley T. Vavra (Filing No. 30). James K. McGough has filed an entry of appearance as retained counsel for Wesley T. Vavra. Therefore, Michael J. Hansen's motion to withdraw (Filing No. 30) will be granted.

Michael J. Hansen shall forthwith provide James K. McGough any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Hansen which are material to Wesley T. Vavra's defense.

The clerk shall provide a copy of this order to James K. McGough.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge